# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0975
Lower Tribunal No. 19-5733
_____

**Alexis Gonzalez, et al.,**
Appellants,

vs.

**Florida Insurance Guaranty Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Billbrough & Marks, P.A., and Geoffrey B. Marks, for appellants.

Conroy Simberg, and Hinda Klein (Hollywood), for appellee.

Before FERNANDEZ, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.